**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | |
| (DROSPIRENONE) MARKETING, SALES ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL No. 2100 |
| ) | |

This Document Relates To:

*Evelyn Shaffer-Turney v. Bayer*                    No. 10-cv-10003-DRH
*Corporation, et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on May 8, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:   /s/*Caitlin Fischer*
                                              **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.05.11
10:46:01 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT